UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 11-11327- MLW

DEAN W. ANDERSON, TRUSTEE OF THE CRYSTAL REALTY TRUST,

    Plaintiff

v.

ROBERT OVERHOLTZER, RONALD HERLET, and GARY EDWARDS, as they are members of the Town of Hanson Zoning Board of Appeals, and BUILDING COMMISSIONER OF THE TOWN OF HANSON,

    Defendants

## (ASSENTED TO ) MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WITHOUT SUBSTITUTION OF COUNSEL

NOW COMES the undersigned attorney of record for the Plaintiff Dean W. Anderson, Trustee of the Crystal Realty Trust, pursuant to Local Rule 83.5.2(c), hereby moves to withdraw as counsel. The grounds are set forth below.

1. There have arisen irreconcilable differences between the Plaintiff and the undersigned in that the Plaintiff refuses to follow counsel's legal advice and have major differences in litigation strategies.  Due to the irreconcilable differences which have arisen between the undersigned and her client, the undersigned will be unable to effectively and properly continue representing the Plaintiff herein.

2. Plaintiff consents to her withdraw and wishes to proceed with this case *pro se*, evidenced by the attached affidavit of Plaintiff.

3. This Court has not scheduled any scheduling conferences.

4. There is no pending discovery.

5. There is a pending a motion for partial judgment on the pleadings. The opposition is due on October 7, 2011. I have concurrently requested an extension of time of 2 weeks after the Court's decision on this motion.

6. The Plaintiff's current mailing address is 62 Ocean Avenue, Halifax, MA 02338. His email is piemaker99@gmail.com.

7. I certify that I have notified my client of the filing of this motion. Should this Court schedule a hearing on this motion, I certify that I will notify the Plaintiff by telephone and in writing of the hearing date.

Signed under the pains and penalties of perjury this 28th day of September 2011.

Plaintiff,

DEAN W. ANDERSON, TRUSTEE OF THE CRYSTAL REALTY TRUST,

By his attorney,

/s/     Marie Cheung-Truslow
Marie Cheung-Truslow, Esq.
Smith & Brink, P.C.
350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214
mtruslow@smithbrink.com

**CERTIFICATE OF SERVICE**

      I, Marie Cheung-Truslow, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically, and by email and first class mail to:

Dean Anderson, Trustee of the Crystal Realty Trust
62 Ocean Avenue
Halifax, MA 02338

                                              /s/ Marie Cheung-Truslow