```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

DEAN W. ANDERSON, TRUSTEE OF      )
THE CRYSTAL REALTY TRUST,         )
          Plaintiff,              )
                                  )
          v.                      )
                                  )
ROBERT OVERHOLTZER, RONALD        )      C.A. No. 11-11327-MLW
HERLET, and GARY EDWARDS, as      )
they are members of the Town      )
of Hanson Zoning Board            )
of Appeals, and BUILDING          )
COMMISSIONER OF THE TOWN OF       )
HANSON,                           )
          Defendants.             )

## ORDER

WOLF, D.J.                                           July 30, 2012

Plaintiff Dean W. Anderson, Trustee of the Crystal Realty Trust's Motion for Reconsideration of (Assented To) Counsel's Motion to Withdraw Without Substitution of Counsel (Docket No. 27) is hereby DENIED because the Motion was meritorious and would have been allowed even if Anderson had not consented to it.

As previously ordered, the plaintiff shall, by August 3, 2012, cause new counsel to appear on behalf of the Trustee or risk dismissal of this case. If new counsel does not appear by August 3, 2012, Anderson shall then file an affidavit explaining what efforts, if any, he has made to obtain new counsel and whether there is a realistic chance that he will do so if given a brief extension of time. If new counsel appears for the Trustee,

plaintiff shall respond to the pending motion for partial judgment on the pleadings by August 24, 2012.

                                               /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE